# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| ANGIE KINNEY )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>VINTAGE HOSPITALITY GROUP, )<br>LLC, d/b/a COMFORT INN SUITES )<br>and MANOJ PATEL )<br>**Defendants.** ) | C.A. No. 3:16-CV-140-CDL |

## ORDER

Upon review of the parties' Joint Motion for Approval of Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over the provisions of the Fair Labor Standards Act as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Therefore, it is ORDERED that the Joint Motion for Approval of Settlement Agreement is GRANTED and the referenced settlement agreement is APPROVED.

Accordingly, this action is DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs, except as otherwise agreed in writing. The Clerk is directed to CLOSE this case.

DONE and ORDERED this 3rd day of February, 2017.

<u>S/Clay D. Land</u>
CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA